UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01588 ADS                                        Date:  April 2, 2026

Title:  *Ani Akcheirlian v. Todd Lyons, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                    None Present

**Proceedings:**        **(IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is an Ex Parte Application for Temporary Restraining Order (the "TRO Application") filed by Petitioner Ani Akcheirlian, an immigration detainee proceeding through counsel.  (Dkt. Nos. 2.)  The TRO Application does not comply with the procedural requirements of Federal Rule of Civil Procedure 65.  See, e.g., Fed. R. Civ. P. 65(b)(1)(A)–(B) (requiring "specific facts in an affidavit or a verified complaint" showing irreparable harm "will result to the movant before the adverse party can be heard in opposition," and a certification regarding "any efforts made to give notice and the reasons why it should not be required").  Accordingly, the TRO Application is denied.

If Petitioner seeks to accelerate the briefing schedule set by General Order 26-05, the parties shall promptly meet and confer and file a stipulation or joint statement setting forth the parties' competing proposals for a briefing schedule.

**IT IS SO ORDERED.**

Initials of Clerk kh