UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01588 ADS                          Date:  April 8, 2026

Title:  *Ani Akcheirlian v. Todd Lyons, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |              None Reported              |
| :--: | :--: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                          None Present

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE FOR
                    FAILURE TO FILE NOTICE OF APPEARANCE**

On April 1, 2026, the Clerk's Office issued notice of General Order 26-05, which sets an expedited briefing schedule for the Petition in this action.  (Dkt. No. 4-1.) Pursuant to General Order 26-05, Respondents are required to file a notice of appearance within 3 calendar days of the date the Clerk's Office issues notice of General Order 26-05.  As of the date of this Order, Respondents have not filed a notice of appearance.

Respondents are ordered to show cause why they have failed to file a notice of appearance.  This Order does not alter or suspend the parties' obligations under the expedited briefing schedule set by General Order 26-05.

**IT IS SO ORDERED.**

Initials of Clerk kh

---

CV-90 (03/15) – SP                    Civil Minutes – General                    Page **1** of **1**