JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANI AKCHEIRLIAN,** | No.   5:26-cv-01588-ADS |
| **Petitioner,** | **ORDER AND JUDGMENT** |
| **v.** | Honorable Autumn D. Spaeth<br>United States Magistrate Judge |
| **TODD LYONS, Acting Director, Immigration and Customs Enforcement, Warden, Adelanto East ICE Processing Center, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, FIELD OFFICE DIRECTOR, ICE Enforcement and Removal Operations, Los Angeles, and DOES 1-10, in their official capacities,** | |
| **Respondents.** | |

**Pursuant to the foregoing Joint Stipulation For Release and Proposed Judgment on the Petition For Writ of Habeas Corpus and for good cause shown, IT IS HEREBY ORDERED:**

1. The Petition for Writ of Habeas Corpus is **GRANTED** to the extent set forth herein.

2. The Department of Homeland Security shall **release Petitioner, ANI AKCHEIRLIAN from ICE custody immediately** under appropriate conditions of supervision.

3. Petitioner shall be released **within 24 hours** of the entry of this Order, absent extraordinary circumstances.

4. Each party shall bear its own attorneys' fees and costs.

1

5.  The Clerk of Court is directed to **close this case.**

IT IS SO ORDERED.

**Dated:**  _April 16, 2026_

_____/s/ Autumn D. Spaeth_____
HON. AUTUMN D. SPAETH
United States Magistrate Judge